UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL MARRELLO,<br><br>    Plaintiff,<br><br>    v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 14-cv-03103-VC<br><br>**ORDER RE DISCOVERY AND CASE MANAGEMENT** |

Following the case management conference held on October 7, 2014, the Court orders as follows:

- Marrello may conduct discovery designed to determine whether the conflict of interest infected the decision to deny her claim. For example, she may conduct discovery about statistics regarding Metropolitan Life's claim-handling history, about whether the people involved in the decision to deny Marrello's claim had any financial interest to do so, and about any directions received by those people about how to handle claims.

- The close of fact discovery will be March 1, 2015. A hearing/bench trial on cross motions for summary judgment will take place on June 18, 2015. The parties should consult the rules for proceeding on cross-motions in the Court's civil standing order before agreeing on a briefing schedule.

- The parties are directed to file briefs on the issue of whether the Court should review de novo Metropolitan Life's decision to deny benefits. Marrello's supplemental brief shall be filed no later than 10 days from the date of this Order. Metropolitan Life's supplemental brief shall be filed no later than 7 days after

Marrello's supplemental brief is filed. Marrello's reply brief, if any, shall be filed no later than 7 days after the Metropolitan Life's answering brief. Each primary brief shall not exceed 15 pages, and Marrello's reply brief shall not exceed 10 pages. The parties may wish to consider and address the issues raised in the Court's October 17, 2014 Order directing the parties to file supplemental briefs on the issue of the standard of review in the case of *Harrison v. Metropolitan Life Insurance Co.*, No. 13-cv-05585-VC.

**IT IS SO ORDERED**.

Dated: October 17, 2014

_____
VINCE CHHABRIA
United States District Judge