KANTOR & KANTOR, LLP
GLENN R. KANTOR   SBN 122643
gkantor@kantorlaw.net
BRENT DORIAN BREHM   SBN 248983
bbrehm@kantorlaw.net
19839 Nordhoff Street
Northridge, CA  91324
Telephone:     (818) 886-2525
Facsimile:      (818) 350-6272

Attorneys for Plaintiff
JILL MARRELLO

SEDGWICK LLP
MARK J. HANCOCK   SBN 160662
mark.hancock@sedgwicklaw.com
REBECCA A. HULL  SNB 99802
rebecca.hull@sedgwicklaw.com
ERIN A. CORNELL  SBN  227135
erin.cornell@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:     (415) 781-7900
Facsimile:      (415) 781-2635

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL MARRELLO,<br><br>                    Plaintiff,<br><br>      v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>                    Defendant. | Case No. 3:14-cv-03103 VC<br><br>STIPULATION FOR PERMISSION FOR PLAINTIFF TO FILE REPLY BRIEF IN EXCESS OF 10 PAGES |

The parties, by and through their respective attorneys, hereby submit the following Stipulation to the Court:

On October 17, 2014, the Court issued an Order Re Discovery and Case Management [Docket No. 20]. In this Order the parties were directed to file briefs on the issue of whether the Court should review *de novo* Metropolitan Life's decision to deny benefit. The Court issued the following page limits on the briefs:

| | |
|---|---|
| Plaintiff's opening brief: | 15 pages |
| Metropolitan Life's responsive brief: | 15 pages |
| Plaintiff's reply brief: | 10 pages |

That same day Metropolitan Life provided documents identified as its initial disclosures. On October 22, 2014, Metropolitan Life produced additional documents.

In accordance with the Court's Order, Plaintiff filed her opening brief on October 27, 2014. Plaintiff's brief was based on the documents that Metropolitan Life had produced to that date.

On October 28, 2014, Metropolitan Life produced an additional 317 pages of documents. Metropolitan Life's counsel described the documents as the Summary Plan Description and the Umbrella Plan Document.

Considering the hundreds of pages of additional documents that were produced after Plaintiff's primary brief, Plaintiff's counsel requested a stipulation from Metropolitan Life's counsel to seek leave from the Court for a 15 page reply brief (rather than 10 pages).

Counsel for Metropolitan Life agreed to stipulate to Plaintiff having 15 pages for her reply brief.

Based on the foregoing, the parties request the Court grant their stipulation to allow Plaintiff to file a reply brief that shall not exceed 15 pages.

DATED: October 31 , 2014        KANTOR & KANTOR, LLP

By     /s/ Brent Dorian Brehm
       Glenn R. Kantor
       Brent Dorian Brehm
       Attorneys for Plaintiff
       JILL MARRELLO

DATED: October 31, 2014         SEDGWICK LLP

BY     /S/ Erin A. Cornell
       Mark J. Hancock
       Rebecca A. Hull
       Erin A. Cornell
       Attorneys for Defendant
       METROPOLITAN LIFE INSURANCE COMPANY

## ~~PROPOSED~~ ORDER

Having read and considered the parties' Stipulation and good cause appearing therefor, it is hereby ordered:

Plaintiff may file a reply brief that shall not exceed 15 pages.

Dated: November 4, 2014

_____
Honorable Vince Chhabria
U.S. District Judge

*IT IS SO ORDERED*
*Judge Vince Chhabria*