KANTOR & KANTOR, LLP
GLENN R. KANTOR  Bar No. 122643
gkantor@kantorlaw.net
BRENT DORIAN BREHM  Bar No. 248983
bbrehm@kantorlaw.net
19839 Nordhoff Street
Northridge, CA  91324
Telephone:     818.886.2525
Facsimile:     818.350.6272

Attorneys for Plaintiff
JILL MARRELLO

SEDGWICK LLP
MARK J. HANCOCK  Bar No. 160662
mark.hancock@sedgwicklaw.com
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sedgwicklaw.com
ERIN A. CORNELL  Bar No. 227135
erin.cornell@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:     415.781.7900
Facsimile:     415.781.2635

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE
COMPANY

FOLEY & LARDNER LLP
KATHRYN M.S. CATHERWOOD  Bar No.
149170
kcatherwood@foley.com
SAMUEL F. HOFFMAN  Bar No. 106471
shoffman@foley.com
3579 Valley Centre Drive, Suite 300
San Diego, CA  92130
Telephone:     858.847.6700
Facsimile:     858.792.6773

Attorneys for Defendant
DIGNITY HEALTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JILL MARRELLO,

                    Plaintiff,

          v.

METROPOLITAN LIFE INSURANCE
COMPANY; DIGNITY HEALTH,

                    Defendants.

Case No. 3:14-cv-03103

**STIPULATION AND [PROPOSED]
ORDER STAYING DISCOVERY
DISPUTE AND CONTINUING TRIAL
DATE**

Current Hearing/Bench Trial:  June 18, 2015

STIPULATION AND [PROPOSED] ORDER STAYING DISCOVERY DISPUTE AND
CONTINUING TRIAL DATE

Plaintiff Jill Marrello ("Plaintiff"), and defendants Metropolitan Life Insurance Company ("MetLife") and Dignity Health ("Dignity Health") (collectively "the Parties"), through their respective counsel of record herein, hereby stipulate, agree, and respectfully request:

WHEREAS, on January 12, 2015, plaintiff served special interrogatories and requests for production of documents ("Plaintiff's Discovery") on MetLife; and

WHEREAS, following an extension of time, on February 24, 2015, MetLife served its responses to Plaintiff's Discovery; and

WHEREAS, a dispute regarding MetLife's responses to Plaintiff's Discovery has arisen; and

WHEREAS, on March 4, 2015, counsel for Plaintiff and counsel for MetLife met and conferred regarding the discovery dispute; and

WHEREAS, the last day for the parties to file a joint letter regarding the discovery dispute is March 6, 2015; and

WHEREAS, the Parties desire to mediate the case and have agreed to use Douglas deVries as mediator; and

WHEREAS, due to the Parties' and the mediator's schedule, the Parties will not be able to complete mediation until May 2015; and

WHEREAS, in the interest of judicial economy and not expending unnecessary fees, the Parties wish to stay the present discovery dispute between Plaintiff and MetLife, until after mediation; and

WHEREAS, the Parties further request that the hearing/bench trial presently set for June 18, 2015 be continued in order to accommodate the discovery dispute, if it becomes necessary to litigate the discovery dispute; and

WHEREAS, the Parties stipulate, agree, and respectfully request:

- That the Court vacate the existing deadline of March 6, 2015 for the parties to file a joint letter regarding their discovery dispute;
- That if the case does not settle at mediation, the Parties have until two weeks after mediation to file a joint letter regarding the discovery dispute; and

STIPULATION AND [PROPOSED] ORDER STAYING DISCOVERY DISPUTE AND CONTINUING TRIAL DATE

- That the Court set the following briefing schedule for cross-motions for judgment pursuant to Rule 52 of the Federal Rules of Civil Procedure:

| | |
|---|---|
| Plaintiff's Opening Brief: | September 3, 2015 |
| Defendants' Opposition and Cross-Motion: | September 17, 2015 |
| Plaintiff's Opposition and Reply: | October 1, 2015 |
| Defendants' Reply: | October 15, 2015 |
| Hearing/Bench Trial: | November 5, 2015 |

Respectfully submitted:

DATED:  March 5, 2015          KANTOR & KANTOR, LLP


                              By: _/s/ *Brent Dorian Brehm* (as authorized on 3/5/2015)_
                                   Glenn R. Kantor
                                   Brent Dorian Brehm
                                   Attorneys for Plaintiff
                                   JILL MARRELLO

DATED:  March 5, 2015          SEDGWICK LLP


                              By: _/s/ *Erin A. Cornell*_
                                   Mark J. Hancock
                                   Erin A. Cornell
                                   Attorneys for Defendant
                                   METROPOLITAN LIFE INSURANCE COMPANY

DATED:  March 5, 2015          FOLEY & LARDNER LLP


                              By: _/s/ *Kathryn M.S. Catherwood* (as authorized on 3/5/2015)_
                                   Kathryn M.S. Catherwood
                                   Samuel F. Hoffman
                                   Attorneys for Defendant
                                   DIGNITY HEALTH


## **ORDER**

Pursuant to the Parties' stipulation, IT IS HEREBY ORDERED:

- The existing deadline of March 6, 2015 for the parties to file a joint letter regarding their discovery dispute is vacated;

- If the case does not settle at mediation, the Parties have until two weeks after mediation to file a joint letter regarding the discovery dispute; and

- The Court sets the following briefing schedule for cross-motions for judgment pursuant to Rule 52 of the Federal Rules of Civil Procedure:

| | |
|---|---|
| Plaintiff's Opening Brief: | September 3, 2015 |
| Defendants' Opposition and Cross-Motion: | September 17, 2015 |
| Plaintiff's Opposition and Reply: | October 1, 2015 |
| Defendants' Reply: | October 15, 2015 |
| Hearing/Bench Trial: | November 5, 2015 |

IT IS SO ORDERED.

DATED:  March 11, 2015

_____
Honorable Vince Chhabria
United States District Judge

4

STIPULATION AND [PROPOSED] ORDER STAYING DISCOVERY DISPUTE AND
CONTINUING TRIAL DATE