KANTOR & KANTOR, LLP
GLENN R. KANTOR  Bar No. 122643
gkantor@kantorlaw.net
BRENT DORIAN BREHM  Bar No. 248983
bbrehm@kantorlaw.net
19839 Nordhoff Street
Northridge, CA  91324
Telephone:     818.886.2525
Facsimile:      818.350.6272

Attorneys for Plaintiff
JILL MARRELLO

| | |
|---|---|
| SEDGWICK LLP<br>MARK J. HANCOCK  Bar No. 160662<br>mark.hancock@sedgwicklaw.com<br>REBECCA A. HULL  Bar No. 99802<br>rebecca.hull@sedgwicklaw.com<br>ERIN A. CORNELL  Bar No. 227135<br>erin.cornell@sedgwicklaw.com<br>333 Bush Street, 30th Floor<br>San Francisco, CA  94104-2834<br>Telephone:    415.781.7900<br>Facsimile:     415.781.2635 | FOLEY & LARDNER LLP<br>KATHRYN M.S. CATHERWOOD  Bar No. 149170<br>kcatherwood@foley.com<br>SAMUEL F. HOFFMAN  Bar No. 106471<br>shoffman@foley.com<br>3579 Valley Centre Drive, Suite 300<br>San Diego, CA  92130<br>Telephone:    858.847.6700<br>Facsimile:     858.792.6773 |
| Attorneys for Defendant<br>METROPOLITAN LIFE INSURANCE COMPANY | Attorneys for Defendant<br>DIGNITY HEALTH |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL MARRELLO,<br><br>            Plaintiff,<br><br>      v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; DIGNITY HEALTH,<br><br>            Defendants. | Case No. 3:14-cv-03103 VC<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

20229246v1

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1).  Each party is to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED:  June 22, 2015          KANTOR & KANTOR, LLP

By:  */s/ Brent Dorian Brehm*
    Glenn R. Kantor
    Brent Dorian Brehm
    Attorneys for Plaintiff
    JILL MARRELLO

DATED:  June 22, 2015          SEDGWICK LLP

By:  */s/ Erin A. Cornell*
    Mark J. Hancock
    Erin A. Cornell
    Attorneys for Defendant
    METROPOLITAN LIFE INSURANCE COMPANY

DATED:  June 22, 2015          FOLEY & LARDNER LLP

By:  */s/ Kathryn M.S. Catherwood*
    Kathryn M.S. Catherwood
    Samuel F. Hoffman
    Attorneys for Defendant
    DIGNITY HEALTH

*Filer's Attestation:  Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, Brent Dorian Brehm hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*

**ORDER**

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, the present action be dismissed in its entirety with prejudice.  Each party is to bear its own fees and costs.

DATED:  June 23, 2015          _____
    Honorable Vince Chhabria
    United States District Judge